UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARTHUR STALLWORTH                                 CIVIL ACTION

VERSUS                                            NUMBER 07-886-FJP-DLD

RALPH SLAUGHTER, PRESIDENT
SOUTHERN UNIVERSITY &
AGRICULTURAL & MECHANICAL
COLLEGE SYSTEM, ET AL

## ORDER

This matter is before the court on a referral from the district court on plaintiff's motion to compel (rec.doc. 12), filed herein on December 4, 2008.  Plaintiff stated in its motion that it propounded a request for production of documents to defendant on October 13, 2008, but has received no responses.  Plaintiff further alleges that he recently received defendant's overdue initial disclosures, but that he has not been provided with all the documents identified in those disclosures. It is not readily apparent from plaintiff's motion to compel exactly what is lacking from defendant's initial disclosures, and defendant did not file any opposition to the motion to compel.  However, the court notes that on December 31, 2008, the parties filed a consent motion to extend the discovery deadline, which indicated they were cooperating to complete the outstanding discovery.  The court granted the motion for extension, and the parties now have until February 16, 2009, to complete discovery.

Accordingly, plaintiff's motion is **GRANTED in part**.  To the extent that defendant has not responded to the request for production or provided the documents identified in his initial disclosures, he shall do so on or before **January 19, 2009**.  No costs or attorneys'

fees are awarded at this time, however, repeated failure to respond to discovery may result in additional sanctions, including the awarding of attorneys' fees.

Signed in Baton Rouge, Louisiana, on January 8, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**